UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

ELI RYBINNI,

       Plaintiff,

v.                                    Civil Case No. 6:25-cv-00060 – NKM-CKM
VARIETY WHOLESALERS, INC.
d/b/a Roses,
       Defendant.

## **JOINT NOTIFICATION OF SETTLEMENT**

Eli Rybinni and Variety Wholesalers, Inc., by counsel, hereby notify the Court that the

parties have reached a settlement in this matter.  An Order dismissing the case with prejudice will

be presented within 30 days.

Respectfully submitted,

VARIETY WHOLESALERS, INC.
d/b/a Roses
/s/      Lawrence Alexis Dunn
Lawrence Alexis Dunn (VSB No. 30324)
Attorney for Defendant
McCandlish Holton, PC
P.O. Box 796
Richmond, VA 23218
Telephone: (804) 344-6307
Facsimile: (804) 819-1175
LDunn@lawmh.com

ELI RYBINNI
/s/     Dustin T. Rosser
Dustin T. Rosser, Esq. (VSB No. 77264)
Attorney for Plaintiff
Randall J. Trost, P.C.
801 Main Street, 10th Floor
Lynchburg, Virginia 24504
Telephone: (434) 528-4222
Facsimile: (434) 847-0814
drosser@trostlaw.com